UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LATONYA BENSON-KYLE

Plaintiff,

-vs-  CASE NO.: 3:17-CV-00086-GNS-DW

FIRSTSOURCE SOLUTIONS LIMITED
f/k/a ARGENT HEALTHCARE,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LATONYA BENSON-KYLE, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LATONYA BENSON-KYLE, and Defendant, FIRSTSOURCE SOLUTIONS LIMITED F/K/A ARGENT HEALTHCARE, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #:  15313
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 559-4846
amferrera@forthepeople.com
amoore2@forthepeople.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Miles Harrison, Esq., Frost Brown Todd LLC - Louisville, 400 W. Market Street  Suite 3200, Louisville, KY  40202 (mharrison@fbtlaw.com); Jordan S. Yu, Esquire, Yu Mohandesi, LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA  90071 (jyu@yumollp.com).

                                                                     */s/Amy Ferrera, Esquire*  
                                                                     Amy Ferrera, Esquire  
                                                                      Florida Bar #:  15313